IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**ANTONIO OWENS**

       Petitioner,

v.                                        CIVIL ACTION NO. 2:11-CV-29
                                                    (BAILEY)

**UNITED STATES OF AMERICA,**

       Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge David J. Joel [Doc. 25]. By Standing Order, entered on March 24, 2000, this action was referred to Magistrate Judge Joel for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Joel filed his R&R on January 4, 2012. In that filing, the magistrate judge recommends that this Court grant the respondent's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [Doc. 15] and deny and dismiss petitioner Antonio Owens' Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1].

Pursuant to 28 U.S.C. § 636 (b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140,

150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); **Snyder v. Ridenour**, 889 F.2d 1363, 1366 (4th Cir. 1989); **United States v. Schronce**, 727 F.2d 91, 94 (4th Cir. 1984).  Here, objections to Magistrate Judge Joel's R&R were due by January 30, 2012, pursuant to 28 U.S.C. § 636(b)(1).  To date, no objections have been filed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review, it is the opinion of this Court that the magistrate judge's Report and Recommendation **[Doc. 25]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated therein.  Accordingly, this Court hereby **GRANTS** the respondent's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment **[Doc. 15]** and **DENIES** and **DISMISSES WITH PREJUDICE** petitioner Antonio Owens' Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241 **[Doc. 1]**.  As such, this Court **DIRECTS** the Clerk to enter judgment in favor of the respondent and strike this case from the active docket of this Court.

As a final matter, upon an independent review of the record, this Court hereby **DENIES** the petitioner a certificate of appealability, finding that he has failed to make "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* petitioner.

**DATED:** February 2, 2012.

JOHN PRESTON BAILEY  
UNITED STATES DISTRICT JUDGE